

**IT IS ORDERED as set forth below:**

**Date: June 25, 2013**

**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| THUONG NGOC NHAN and | ) | |
| XUYEN THI NGUYEN, | ) | |
| | ) | |
| Debtors. | ) | CASE NO. 13-59273-mhm |
| | ) | |
| | ) | |
| STATE BANK AND TRUST, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| THUONG NGOC NHAN, | ) | |
| XUYEN THI NGUYEN and | ) | |
| JANET G. WATTS, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER MODIFYING AUTOMATIC STAY

On May 14, 2013, State Bank and Trust, for itself, its successors and assigns, servicers, agents and attorneys ("Movant"), filed a motion for relief from the automatic stay of 11 U.S.C. § 362 (the "Motion"), contending it has a valid security interest in

certain real and personal property of the Debtor as more fully set forth in the Motion. On June 4, 2013, a hearing was held on the Motion. Neither the Debtor nor the Trustee appeared or otherwise opposed the Motion. Accordingly, it is hereby:

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary for Movant to assert any or all of its respective rights under the loan documents and applicable state law as to the Debtor's real property, including, but not limited to, the right to foreclose and confirm any foreclosure sale(s) of the property.

**FURTHER ORDERED** that the fourteen-day waiting period imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**FINALLY ORDERED** that in the event any property sells for an amount greater than the outstanding debt, the excess proceeds shall be immediately turned over to the Trustee.

A copy of this Order shall be mailed to the persons on the Distribution List attached hereto.

### [END OF DOCUMENT]

**Prepared and presented by:**

 /S/ MATHEW SCHUH
**Mathew Schuh**
**Georgia Bar No. 630253**
**Attorney for Movant**
**3330 Cumberland Boulevard, Suite 300**
**Atlanta, GA  30339**
**(770) 790-3550**

**DISTRIBUTION LIST**

Thuong Ngoc Nhan
Xuyen Thi Nguyen
5344 Orchard Place
Lake City, Georgia 30260
*Debtors*

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, Suite 960
Atlanta, Georgia 30339
*Counsel for Debtor*

Mathew A. Schuh
Busch, Slipakoff & Schuh, LLP
3330 Cumberland Boulevard
Suite 300
Atlanta, Georgia 30339
*Counsel for Movant*

Janet G. Watts
600 North Glynn Street
Suite C
Fayetteville, Georgia 30214
*Chapter 7 Trustee*